# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID RASHIDIAN and MAHSHID JAZAYERI,<br>   Plaintiffs<br>  vs.<br>INTERNAL REVENUE SERVICE, a government entity, and UNITED STATES OF AMERICA,<br>   Defendants | Case No.: SACV 14-16 JLS (DFMx)<br><br>**JUDGMENT** |

  Pursuant to the Court's December 4, 2014 order granting the Government's Motion for Summary Judgment (Doc. 40), **IT IS HEREBY ORDERED** that judgment is entered in favor of the United States of America and its agency, the Internal Revenue Service, against Plaintiff Mahshid Jazayeri.  Jazayeri shall take nothing.

Plaintiff Hamid Rashidian's claims against the United States are dismissed for lack of jurisdiction.

Dated: December 8, 2014

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE